# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SERENA MARIE HUNTER, | |
| Plaintiff, | No. 20-cv-00514-KG-JHR |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a New Mexico Foreign Profit Corporation, | |
| Defendant. | |

## ORDER DISMISSING EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Upon consideration of Plaintiff Serena Marie Hunter and Defendant Experian

Information Solutions, Inc.'s *Stipulated Motion to Dismiss Experian Information Solutions, Inc.*

*with Prejudice*:

IT IS HEREBY ORDERED that each and every cause of action alleged by and between

Plaintiff Serena Marie Hunter and Defendant Experian Information Solutions, Inc. is

DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

_____

UNITED STATES DISTRICT JUDGE